Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 1 of 14

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS

| | |
|---|---|
| Daniel G. Kamin Fairbanks LLC,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Sam's PW, Inc., d/b/a Sam's Club,<br><br>　　　　　　　Defendant(s). | CASE NO. 4FA-20-01385CI<br><br>**SUMMONS<br>AND<br>NOTICE TO BOTH PARTIES<br>OF JUDICIAL ASSIGNMENT** |

To Defendant: Sam's PW, Inc., d/b/a Sam's Club

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 101 Lacey Street, Fairbanks, AK 99701 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to plaintiff's attorney or plaintiff (if unrepresented) Clapp, Peterson, Tiemessen, Thorsness LLC, whose address is: 411 Fourth Ave, Ste 300, Fairbanks, Alaska 99701.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, to inform the court. – OR – If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

This case has been assigned to Judge _____.

3/13/2020　　　　　　　　　　CLERK OF COURT
Date　　　　　　　　　　　　　By _____ Deputy Clerk

*The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 FBKS (10/17)(cs)　　　　　　　　　　　　　　Civil Rules 4, 5, 12, 42(c) 55
SUMMONS

John J. Tiemessen
CLAPP PETERSON TIEMESSEN
THORSNESS LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701
Email: jjt@cplawak.com
Telephone: (907) 479-7776

FILED in the Trial Courts
State of Alaska Fourth District

MAR 11 2020

By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| Daniel G. Kamin Fairbanks LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Sam's PW, Inc.,<br>d/b/a Sam's Club,<br><br>    Defendant. | Case No. 4FA-20-01385 CI |

## COMPLAINT

Plaintiff Daniel G. Kamin Fairbanks LLC, by and through counsel, Clapp, Peterson, Tiemessen, Thorsness LLC, for its Complaint against the Defendant, Sam's PW, Inc. states and alleges as follows:

### I. JURISDICTION

1. At all times material to this lawsuit, Plaintiff, Daniel G. Kamin Fairbanks LLC, was and is a Delaware limited liability company registered and in good standing with the State of Alaska.

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 1 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 2 of 14

2. At all times material to this lawsuit, Defendant, Sam's PW, Inc. was and is an Arkansas corporation registered to do business in the State of Alaska.

3. The incidents giving rise to the cause of action stated herein occurred in Fairbanks, Alaska.

## II. ALLEGATIONS COMMON TO ALL COUNTS

4. Plaintiff's predecessor-in-interest, State Street Bank and Trust Company of Connecticut, NA, and Defendant's predecessor-in-interest, Pace Membership Warehouse, Inc. entered into a Lease Agreement dated December 28, 1992 in regards to real property including land, a building, and improvements located at 48 College Rd, Fairbanks, AK 99701 (hereafter "the Property").

5. This Lease Agreement was amended by the First Amendment to Lease Agreement dated September 24, 2011 and the Second Amendment to Lease Agreement dated October 16, 2017.

6. Defendant assumed the Lease Agreement and its amendments as lessee under the Assignment and Assumption Agreement dated November 2, 1993.

7. Daniel G. Kamin acquired the interest of the "W-M Owner Participant" under a Trust Agreement, of which the Lease Agreement was held as trust property, under the Assignment and

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 2 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 3 of 14

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

Assumption of Beneficial Interest Agreement dated November 18, 2008. The Trust Agreement was originally executed to facilitate the issuance of certain bonds.

8. Daniel G. Kamin acquired the interests of "W-M Owner Trustee" from U.S. Bank.

9. After the debt evidenced by the bonds had been paid in full, Daniel G. Kamin, individually and as "W-M Owner Participant" and also as "W-M Owner Trustee", assigned all of his interests in the Lease to Daniel G. Kamin Fairbanks LLC (the Lease Agreements, amendments, and assignments referred to in paragraphs 4-7 shall be collectively referred to herein as the "Lease").

10. The Lease expired on June 30, 2018.

11. Under Section 11 of the Lease, Defendant assumed the duty to make and pay for all maintenance, replacement, and repair necessary to keep the Property in a good state of repair and tenantable condition, which included but were not limited to all repairs, maintenance, or replacement of or to the utility services, water lines or electrical lines under the parking areas, service drives, streets, sidewalks, driveways, and entrances.

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 3 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 4 of 14

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

12. Under Section 14 of the Lease, Defendant assumed the duty to observe and comply and cause the Property to comply with all requirements of laws, rules, orders and regulations of the federal, state, and municipal governments or other duly constituted public or quasi-public authority affecting the Property, including but not limited to environmental and municipal orders and code compliance requirements.

13. Under Section 28 of the Lease, Defendant assumed the duty to surrender the Property premises in good order and condition except for ordinary wear and tear.

14. Since at least the year of 2004, there have been multiple line failures and pipe replacements to the water system around the Property.

15. Defendant failed to properly and appropriately maintain and repair the water system.

16. Defendant, or Defendant's agents, contractors, or employees, performed maintenance and construction activities without following proper procedures including obtaining prior ADEC approval.

17. Defendant failed to cause the Property to comply with all requirements of laws, rules, orders and regulations of the federal, state, and municipal governments or other duly

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 4 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 5 of 14

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

constituted public or quasi-public authority affecting the Property, including but not limited to environmental and municipal orders and code compliance requirements.

18. On or about July 2, 2014, Defendant was informed by the Alaska Department of Environmental Conservation (hereinafter "ADEC") that the water system placed the communities being served by the Golden Heart Utilities distribution system at risk of contamination.

19. ADEC notified Defendant that alterations and improvements were required to reduce the risk of contamination and protect the health of the people served by Golden Heart Utilities.

20. Defendant began work to repair the water system and to design a new system compliant with ADEC requirements, but did not complete the work.

21. Defendant failed to complete the work to bring the Property into compliance and, vacated and abandoned the premises on June 30, 2018 without completing its contractual obligations under the Lease related to the water lines.

22. Defendant knew that, by refusing to pay for the costs associated with the Property water line maintenance, repair and replacement, Plaintiff would be forced to pay the costs.

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 5 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 6 of 14

23. Plaintiff was required to complete construction to repair the water system and to cause it to be in compliance with ADEC requirements and standards for Alaska utilities.

24. Section 21 of the Lease allows Plaintiff to cure any default under the lease at the expense of Defendant.

25. Section 21 of the Lease requires Defendant to pay Plaintiff on demand the amount paid by Defendant for all work to cure the default, including all attorneys' fees and expenses together with interest.

26. On or about February 19, 2019, Plaintiff provided notice to Defendant of the costs spent to bring the water system into a state of good repair and into compliance with ADEC requirements and current regulations.

27. Defendant has refused to pay those costs.

28. As a result of Defendant's refusal to abide by the terms of its Lease with Plaintiff, Plaintiff suffered $684,616.66 in damages, without including attorneys' fees, expenses, or interest.

**CAUSE OF ACTION - BREACH OF CONTRACT**

29. Plaintiff re-alleges Paragraphs 1 through 27.

30. The Lease created a contract between Plaintiff and Defendant for the use of the Property.

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 6 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 7 of 14

31. Defendant violated the terms of the Lease by refusing to make or pay all repairs, maintenance, or replacement of or to the water lines under the parking areas, service drives, streets, sidewalks, driveways, and entrances.

32. Defendant violated the Lease by failing to cause the Property to comply with all requirements of laws, rules, orders and regulations of the federal, state, and municipal governments or other duly constituted public or quasi-public authority affecting the Property, including but not limited to environmental and municipal orders and code compliance requirements.

33. Defendant violated the implied covenant of good faith and fair dealing.

34. As a result of Defendant's breach, Plaintiff was required to spend $684,616.66 to cure the breach.

35. Under the lease terms, Plaintiff is entitled to all attorneys' fees and expenses in connection with Plaintiff's breach together with interest.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Daniel G. Kamin Fairbanks, LLC, prays for relief as follows:

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 7 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 8 of 14

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jit@cplawak.com

1. For judgment to be entered in favor of Plaintiff against the Defendant;

2. For an award of actual damages in an amount of $684,616.66;

3. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

4. For all costs and attorney's fees;

5. For such other and further relief as the Court deems just and equitable.

DATED at Fairbanks, Alaska, this 10th day of March, 2020.

CLAPP, PETERSON, TIEMESSEN
THORSNESS LLC
Attorneys for Plaintiff

By: _____
John J. Tiemessen
Alaska Bar No. 9111105

Complaint
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/Complaint
Page 8 of 8

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 9 of 14

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

FILED in the Trial Courts
State of Alaska Fourth District
MAR 11 2020
By _____ Deputy

Case Number: 4FA-20-01385CI

**CASE DESCRIPTION – SUPERIOR COURT**

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Domestic Relations** | | |
| Divorce With Children (or Pregnant) | Div or Cust w/Children | CISDVC |
| Divorce Without Children | Divorce Without Children | CISDIV |
| Uncontested Divorce With Children (or Pregnant) | Div or Cust w/Children | CISUDVC |
| Uncontested Divorce Without Children | Divorce Without Children | CISUDIV |
| Custody (Unmarried Parents) | Div or Cust w/Children | CISCUS |
| Uncontested Custody (Unmarried Parents) | Div or Cust w/Children | CISUCUS |
| Visitation by Person Other than Parent | Domestic Relations Other | CIVIS |
| Property Division – Unmarried Partners | Domestic Relations Other | CISPROP |
| Legal Separation With Children (or Pregnant) | Legal Separation | CICLS |
| Legal Separation Without Children | Legal Separation | CISLS |
| Annulment | Domestic Relations Other | CIANNUL |
| Uncontested Legal Separation with Children (or Pregnant) | Legal Separation | CIUCLS |
| Uncontested Legal Separation Without Children | Legal Separation | CIUSLS |
| Paternity - Establishment | Domestic Relations Other | CISPAT |
| Paternity - Disestablishment | Domestic Relations Other | CIDPAT |
| Genetic Testing - Failure to Comply with Order for Testing | Domestic Relations Other | CIOSCP |
| Administrative Child Support Order – Modification or Enforcement | Domestic Relations Other | CIPCS |
| PFD or Native Dividend Case | Domestic Relations Other | CIPND |
| Foreign Support Order - Registration, Modification or Enforcement under AS 25.25 | Domestic Relations Other | CIUIFSA |
| Foreign Custody Order – Registration, Modification or Enforcement under AS 25.30 | Domestic Relations Other | DR483 |
| <u>Both</u> Foreign Custody & Support Order – Registration, Modification or Enforcement under AS 25.30 and AS 25.25 | Domestic Relations Other | CIFCS |
| Foreign Domestic Relations Order (Not Custody or Support) – Registration, Modification or Enforcement | Domestic Relations Other | CIDRFJ |
| **Landlord/Tenant** | | |
| Eviction (May Include Rent or Damages) | Eviction-Superior Court | CISFED |
| Other Landlord/Tenant (No Eviction) | Civil Superior Court | CISLT |
| **Debt/Contract** | | |
| Debt Collection | Civil Superior Court | CISDEB |
| Claim by Buyer Against Seller of Goods/Services | Civil Superior Court | CISCLAIM |
| Employment – Discrimination | Civil Superior Court | CISEMPD |
| Employment – Other Than Discrimination | Civil Superior Court | CISEMP |
| ✓ Other Contract | Civil Superior Court | CISOCT |
| **Real Property Actions** | | |
| Condemnation | Civil Superior Court | CISCNDM |
| Foreclosure | Civil Superior Court | CISFOR |
| Quiet Title | Civil Superior Court | CISQIT |
| Real Property Tax Foreclosure | Superior Court Misc Petition | CISTAX |
| Other Real Estate Matter | Civil Superior Court | CISREM |
| **Foreign Judgment** | | |
| Registration of Foreign Judgment – SEE DOMESTIC RELATIONS FOR FOREIGN **SUPPORT/CUSTODY** ORDERS | Foreign Judgment Superior Ct | CISFOJ |

# CASE DESCRIPTION -- SUPERIOR COURT

Case Number:_____

| Type of Action | For Court Use Only | |
|---|---|---|
| Check the box that best describes the case. Mark **one** box only. For district court cases, use form CIV-125D. | Case Type | Action Code |
| **Tort** | | |
| Wrongful Death | Civil Superior Court | CISPID |
| Automobile Tort (But Not Wrongful Death) | Civil Superior Court | CISIDA |
| Claim Against Owner of Real Property for Personal Injury | Civil Superior Court | CISPIO |
| Product Liability | Civil Superior Court | CISPL |
| Intentional Tort (e.g., assault, battery, vandalism) | Civil Superior Court | CISIT |
| Slander/Libel/Defamation | Civil Superior Court | CISSLD |
| Other Tort | Civil Superior Court | CISIDO |
| Approval of Minor Settlement – Civil Petition *May also be filed as probate case.* | Superior Court Misc Petition | CISPET |
| **Malpractice** | | |
| Legal Malpractice | Civil Superior Court | CISLMP |
| Medical Malpractice | Civil Superior Court | CISMMP |
| Other Malpractice | Civil Superior Court | CISOMP |
| **Other Civil** | | |
| Election Contest or Recount Appeal | Civil Superior Court | CISELE |
| Change of Name - Adult | Change of Name | CICON |
| Change of Name - Minor | Change of Name | CICONM |
| Confession of Judgment | Civil Superior Court | CISCCONF |
| Structured Settlement – AS 09.60.200 | Superior Court Misc Petition | CISSS |
| Administrative Agency Proceeding – Request for Court Assistance | Superior Court Misc Petition | CISWRNT |
| Arbitration - Action Under Uniform Arbitration Act | Civil Superior Court | CISAP |
| Fraud | Civil Superior Court | CISFRAUD |
| Unfair Trade Practice and Consumer Protection | Civil Superior Court Clerk: Issue form CIV-128 | CISUTP |
| Writ of Habeas Corpus | Civil Superior Court | CIWHC |
| Fish & Game - Abatement & Forfeiture of Equipment | Superior Court Misc Petition | CISAF |
| Appointment of Trustee Counsel | Superior Court Misc Petition | CISTC |
| Action Under Alaska Securities Act | Civil Superior Court | CISASA |
| Other Superior Court Complaint | Civil Superior Court | CISOCI |
| Other Superior Court Petition | Superior Court Misc Petition | CISPET |
| **Post-Conviction Relief to Superior Court** | | |
| Post-Conviction Relief | Post-Conviction Relief-Sup Ct | CISPCR |
| **Appeal to Superior Court - From Administrative Agency** | | |
| Election Contest or Recount Appeal – SEE OTHER CIVIL | | |
| DMV Appeal | Appeal from Admin Agency | CIADDMV |
| Employment Security Appeal | Appeal from Admin Agency | CIADRESA |
| Administrative Agency Appeal - Other | Appeal from Admin Agency | CIADR |
| CSSD License Review Action | Petition for Review or Relief | CICSED |
| Petition for Review from Administrative Agency | Petition for Review or Relief | CIPRA |
| Petition for Relief from Administrative Agency – AS 44.62.305 | Petition for Review or Relief | CIPRLF |
| **Appeal to Superior Court - From District Court** | | |
| Civil Appeal | Appeal from District Court | CIACI2 |
| Criminal Appeal | Appeal from District Court | CIACRM |
| Minor Offense Appeal | Appeal from District Court | CIAMO |
| Small Claims Appeal | Appeal from District Court | CIASC |
| Petition for Review from Civil, Criminal, or Minor Offense Case | Petition for Review or Relief | CIPRD2 |
| Petition for Review from Small Claims | Petition for Review or Relief | CIPRSC |

CIV-125S (4/19)(cs)      Page 2 of 2
CASE DESCRIPTION FORM – SUPERIOR COURT

John J. Tiemessen
CLAPP PETERSON TIEMESSEN
THORSNESS LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701
Email: jjt@cplawak.com
Telephone: (907) 479-7776

FILED in the Trial Courts
State of Alaska Fourth District

MAR 11 2020

By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| Daniel G. Kamin Fairbanks, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> Sam's PW, Inc., <br><br> Defendant. | Case No. 4FA-20-01385 CI |

## PLAINTIFF'S JURY DEMDAND

A jury trial of all issues so triable is hereby demanded by the undersigned.

DATED at Fairbanks, Alaska this 10th day of March, 2020.

CLAPP, PETERSON, TIEMESSEN
THORSNESS LLC
Attorneys for Plaintiff

By: /s/ John Tiemessen
John Tiemessen
Alaska Bar No. 9111105

Plaintiff's Jury Demand
Daniel G. Kamin Fairbanks, LLC v. Sam's PW, Inc. Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/JURYDEMAND
Page 1 of 1

John J. Tiemessen
CLAPP PETERSON TIEMESSEN THORSNESS LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701
Email: jjt@cplawak.com
Telephone: (907) 479-7776

FILED in the Trial Courts
State of Alaska Fourth District
MAR 11 2020
By_____Deputy

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

| | |
|---|---|
| Daniel G. Kamin Fairbanks LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Sam's PW, Inc.,<br>d/b/a Sam's Club,<br><br>    Defendant. | Case No. 4FA-20-01385 CI |

## ENTRY OF APPEARANCE

COMES NOW Clapp, Peterson, Tiemessen, Thorsness LLC and enters its appearance as counsel of record for Plaintiff Daniel G. Kamin Fairbanks LLC, and service may be had on such Plaintiff by delivering, mailing or faxing (pursuant to Alaska Civil Rules 5.0 and 5.1) pleadings to: Clapp, Peterson, Tiemessen, Thorsness LLC, 411 Fourth Avenue, Suite 300, Fairbanks, Alaska, 99701, (907) 479-7966 Fax.

Entry Of Appearance
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/EOA
Page 1 of 2

Case 4:20-cv-00012-HRH   Document 1-1   Filed 04/10/20   Exhibit A Page 13 of 14

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

DATED at Fairbanks, Alaska, this 10th day of March, 2020.

CLAPP, PETERSON, TIEMESSEN
THORSNESS LLC
Attorneys for Plaintiff.

By: _____
John J. Tiemessen
Alaska Bar No. 9111105

Clapp, Peterson, Tiemessen, Thorsness LLC
411 Fourth Avenue, Suite 300
Fairbanks, AK 99701-4711
(907) 479-7776 fax (907) 479-7966
jjt@cplawak.com

Entry Of Appearance
Kamin Fairbanks, LLC v. Sam's PW, Inc.; Case No. 4FA-20-_____ CI
JJT/MEE/mam/JAR/2930-1/EOA
Page 2 of 2